## ALBERTO NIEVES *v.* COMMISSIONER OF CORRECTION
### (AC 31246)

Beach, Robinson and Sullivan, Js.

Argued January 20—officially released February 8, 2011

Per Curiam. The appeal is dismissed.

## AMERIQUEST MORTGAGE COMPANY *v.* JEROME L. SIEVERS ET AL.
### (AC 31875)

Harper, Lavine and Alvord, Js.

Argued January 6—officially released February 22, 2011

Per Curiam. The judgment is affirmed.

## DONALD NORTHINGTON *v.* COMMISSIONER OF CORRECTION
### (AC 30872)

Harper, Beach and Flynn, Js.

Argued January 10—officially released February 22, 2011

Per Curiam. The appeal is dismissed.